IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02522-EWN-MEH

RAYMOND DEAN GOODLOE,

    Plaintiff,

v.

CITY & COUNTY OF DENVER,
DENVER POLICE DEPARTMENT,
OFF. MICHAEL AHRENS #00023,
OFF. ADAM BECHTHOLD #01026,
OFF. JORGE HERNANDEZ #00067,
OFF. DEAN ABEYTA #10179, and
SGT. RUSSELL BOTHWELL #94015,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 2 4 2006

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: February 23, 2006

BY THE COURT:

s/ Edward W. Nottingham
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02522-EWN-MEH

Raymond Dean Goodloe
Prisoner No. 091988
Jefferson County Det. Facility
PO Box 16700
Golden, CO 80401

US Marshal Service
Service Clerk
Service forms for: City and County of Denver,
Denver Police Department, Off. Michael Ahrens,
Off. Adam Bechthold, Off. Jorge Hernandez,
Off. Dean Abeyta, and Sgt. Bothwell,

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to US Marshal Service for process of service on City and County of Denver, Denver Police Department, Off. Michael Ahrens, Off. Adam Bechthold, Off. Jorge Hernandez, Off. Dean Abetya, and Sgt. Bothwell: AMENDED COMPLAINT FILED 1/5/06, SUMMONS, AND CONSENT FORM on 2/24/06.

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk