IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02522-EWN-MEH

RAYMOND DEE GOODLOE,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
DENVER POLICE DEPARTMENT,
OFF. MICHAEL AHRENS #00023,
OFF. ADAM BECHTHOLD #01026,
OFF. JORGE HERNANDEZ #00067,
OFF. DEAN ABEYTA #10179, and
SGT. RUSSELL BOTHWELL #94015,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 9, 2006.**

    Plaintiff's request for waiver of the filing fee in this action [Filed May 8, 2006; Docket #34] is **DENIED**. The provisions of the *in forma pauperis* statute found at 28 U.S.C. § 1915, are not discretionary and provide that "the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account." 28 U.S.C. § 1915(b)(2) (emphasis added). As previously directed under the Order Granting Plaintiff Leave to Proceed Pursuant to 28 U.S.C. § 1915 Without Payment of Initial Partial Filing Fee, issued on January 18, 2006, Plaintiff must make the monthly filing fee payment **or** show cause each month as to why he has no assets and no means by which to make the monthly payment.

    The case number initially assigned to this matter while on initial review pursuant to 28 U.S.C. § 1915A was 05-cv-02522-BNB. On February 23, 2006, the Plaintiff was notified by letter that the case had been assigned to the Honorable Edward W. Nottingham (Docket #14). On February 28, 2006, Judge Nottingham issued a General Order of Reference to United States Magistrate Michael E. Hegarty (Docket #16). Hence, the case number for this case is now 05-cv-02522-EWN-MEH.