IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02522-EWN-MEH

RAYMOND DEE GOODLOE,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
DENVER POLICE DEPARTMENT,
OFF. MICHAEL AHRENS #00023,
OFF. ADAM BECHTHOLD #01026,
OFF. JORGE HERNANDEZ #00067,
OFF. DEAN ABEYTA #10179, and
SGT. RUSSELL BOTHWELL #94015,

    Defendants.

---

**ORDER GRANTING MOTION FOR LEAVE OF COURT
TO DEPOSE RAYMOND DEAN GOODLOE**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 24, 2006.**

    Before me is the Defendants' Motion for Leave of Court to Depose Raymond Dean Goodloe (Docket #42). Pursuant to Rule 30(a)(2) Fed.R.Civ.P., leave of court must be obtained if the person to be examined during the deposition is confined in prison. In this case, Plaintiff is in the custody of the State of Colorado and is incarcerated at the Buena Vista Correctional Complex.

    Based upon a review of the record herein, the Court finds that the discovery sought by the Defendants through Plaintiff's deposition is necessary and appropriate to the case. Therefore, cause has been shown for the granting of the motion and any limitations under Rule 26(b)(2) Fed.R.Civ.P. would not apply. Further, the ends of justice would be served by the scheduling of such a deposition at the earliest possible date.

Accordingly, it is **ORDERED** that Defendants' Motion for Leave of Court to Depose Raymond Dean Goodloe [Filed May 23, 2005; Docket #42] is **granted**. Defendants have permission to take the deposition of the Plaintiff on July 7, 2006, at approximately 10:00 a.m., or as soon as the same can be scheduled at the Buena Vista Correctional Complex. The deposition is subject to the limitations of Rule 30(d) and further subject to all rules and regulations which Plaintiff's place of incarceration may impose in connection with its accommodation of deposition.

Dated at Denver, Colorado, this 24th day of May, 2006.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge