IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02522-EWN-MEH

RAYMOND DEE GOODLOE,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
DENVER POLICE DEPARTMENT,
OFF. MICHAEL AHRENS #00023,
OFF. ADAM BECHTHOLD #01026,
OFF. JORGE HERNANDEZ #00067,
OFF. DEAN ABEYTA #10179, and
SGT. RUSSELL BOTHWELL #94015,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 13, 2006.**

    Plaintiff's Motion for Order of the Court Confirming Pro-Se Status [Filed June 12, 2006; Docket #46] is **denied**. By Order dated January 18, 2006 (Docket #11), the Plaintiff was allowed to proceed *in forma pauperis* under the provisions of 28 U.S.C. § 1915. However, that status applies to prepayment of fees and costs or security therefor. *See* 28 U.S.C. § 1915(a). Plaintiff has failed to provide any authority for the proposition that his *in forma pauperis* or pro se status provides a basis for this Court to override the regulations at the facility where he is housed to allow additional use of the law library. Additionally, Plaintiff gives no indication that he has utilized the Grievance Procedures which are available to him in this regard. This lawsuit states vary narrow claims against the Defendants, and is not an open door through which the Plaintiff can address all of his concerns regarding the conditions of his confinement to the Court.