IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02522-EWN-MEH

RAYMOND DEE GOODLOE,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
DENVER POLICE DEPARTMENT,
OFF. MICHAEL AHRENS #00023,
OFF. ADAM BECHTHOLD #01026,
OFF. JORGE HERNANDEZ #00067,
OFF. DEAN ABEYTA #10179, and
SGT. RUSSELL BOTHWELL #94015,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 17, 2006.**

    Plaintiff's Motion to Redress Appointment of Counsel Courts [sic] Order Denying Previous Motion [Filed June 29, 2006; Docket #55] is **denied.** The Court finds that the Motion should be denied for primarily the same reasons presented in this Court's Order dated June 13, 2006 (Docket #49).