IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02522-EWN-MEH

RAYMOND DEE GOODLOE,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
DENVER POLICE DEPARTMENT,
OFF. MICHAEL AHRENS #00023,
OFF. ADAM BECHTHOLD #01026,
OFF. JORGE HERNANDEZ #00067,
OFF. DEAN ABEYTA #10179, and
SGT. RUSSELL BOTHWELL #94015,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 29, 2006.**

    Plaintiff's Motion for Leave of Court to Depose an Adverse Witness Molly Ann Claude [Filed July 28, 2006; Docket #64] is **denied** without prejudice. By Minute Order, dated August 2, 2006, the Court requested additional information from the Plaintiff necessary for the Court to have prior to ruling on this motion. Plaintiff was directed to submit this information on or before August 15, 2006, but he has failed to do so nor has he requested an extension of time in which to submit the information prior to the deadline.