IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 05-cv-02522-EWN-MEH | Date:  November 15, 2006 |
| Courtroom Deputy:  Cathy Coomes | **FTR – Courtroom A601** |

| | |
|---|---|
| RAYMOND DEAN GOODLOE, | *Pro Se* (by phone) |
| Plaintiff(s); | |
| vs. | |
| CITY AND COUNTY OF DENVER; | John M. Eckhardt |
| DENVER POLICE DEPARTMENT; | |
| MICHAEL AHRENS; | L. Douglas Jewell |
| ADAM BECHTHOLD; | |
| JORGE HERNANDEZ; | |
| DEAN ABEYTA; and | |
| RUSSELL BOTHWELL; | |
| Defendant(s). | |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC MOTION HEARING**

**Court in session:** 9:56 a.m.

Court calls case.  Appearances of *pro se* Plaintiff by telephone and counsel.

Opening statements by the Court.

Argument and discussion regarding Plaintiff's Motion for Discovery Pursuant to Fed. Rules of Civil Procedure, Rule 26(a)(5)(b)(1) [Doc. #86, filed 10/23/06].

**ORDERED:** For reasons and as stated on the record, Plaintiff's Motion for Discovery Pursuant to Fed. Rules of Civil Procedure, Rule 26(a)(5)(b)(1) [Doc. #86, filed 10/23/06] is GRANTED as follows:

    1.    Defendants shall produce to Plaintiff the medical records in their custody and control by November 22, 2006.

      2.      The discipline records requested by Plaintiff shall be redacted and submitted to the Court for an *in camera* review by November 22, 2006.

Mr. Eckhardt orally moves that the dispositive motion deadline be extended. Plaintiff has no objection.

**ORDERED:**  Defendants' oral motion to extend the dispositive motion deadline is GRANTED. The dispositive motion deadline is extended to **January 19, 2007.**

Discussion regarding a Protective Order.

**ORDERED:**  Plaintiff shall mail the remaining medical releases to Defendants today, November 15, 2006.

**Court in recess:**    **10:25 a.m.**  **(Hearing concluded)**
**Total time in court:**  0:29