IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02522-EWN-MEH

RAYMOND DEAN GOODLOE,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
DENVER POLICE DEPARTMENT,
OFF. MICHAEL AHRENS #00023,
OFF. ADAM BECHTHOLD #01026,
OFF. JORGE HERNANDEZ #00067,
OFF. DEAN ABEYTA #10179, and
SGT. RUSSELL BOTHWELL #94015,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 7, 2007.**

    Plaintiff's Motion to Redress Discovery Issues on Plaintiff's Motion to Compel Defendants to Provide Deposition Transcript and Courts (sic) Ruling to Deny Motion [Filed March 6, 2007; Docket #124] is **denied**. Pursuant to Fed. R. Civ. P. 30(f)(2), Plaintiff must contact the court reporter to make arrangements, financial and otherwise, for receipt of any copies he desires from his deposition transcript.

    Plaintiff's Motion For Continuance of Summary Judgment Response Deadline [Filed March 6, 2007; Docket #123] is **granted** in part and **denied** in part. **Plaintiff's shall file his response to the Defendants' Motion for Summary Judgment on or before April 2, 2007.** With this extension, Plaintiff will have been allowed approximately 63 days in which to file his response to the summary judgment motion that was filed by the Defendants on January 19, 2007. While the Court is not unsympathetic to the Plaintiff's situation in this regard, it must also balance the right of the Defendants to a prompt resolution of their motion.