IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02522-EWN-MEH

RAYMOND DEAN GOODLOE,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
DENVER POLICE DEPARTMENT,
OFF. MICHAEL AHRENS #00023,
OFF. ADAM BECHTHOLD #01026,
OFF. JORGE HERNANDEZ #00067,
OFF. DEAN ABEYTA #10179, and
SGT. RUSSELL BOTHWELL #94015,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 20, 2007.**

    Plaintiff's Motion Requesting Information Concerning Practice Standards [Filed March 16, 2007; Docket #130] is **granted** in part and **denied** in part.

    The Practice Standards - Civil for the Honorable Edward W. Nottingham are available online on the website for this Court, and available in hard copy from the office of the Clerk. Normally, the Plaintiff would be directed to request this information from the Clerk, just as any *pro se* party would be. However, in order to expedite the Plaintiff's receipt of the information he requested, a copy of the Special Instructions Concerning Motions for Summary Judgment for Judge Nottingham cases is attached hereto as Exhibit A.

    The General Order of Reference to United States Magistrate Judge (Docket #16) indicates that "[o]n or before August 28, 2006, the magistrate Judge will submit" to the District Judge either a recommendation which disposes of the case or a brief status report. No recommendation has been issued, because the dispositive motion deadline and deadline for Plaintiff's response thereto were both extended past August 28, 2006. As for the brief status report, it is an internal nonpublic communication within the Court, which summarizes the public docket for the District Judge's convenient review. In this case, as the Plaintiff is aware, in August, 2006, this matter was proceeding through pretrial case management issues and adjustments were being made to factors such as the dispositive motion deadline. All such matters included the Plaintiff's participation.

Finally, the Plaintiff has requested another extension of his time to respond to the Defendants' Motion for Summary Judgment. For good cause shown, the Plaintiff shall have until and including April 19, 2007, in which to file his response to the Defendants' Motion for Summary Judgment. The Plaintiff is cautioned that absent truly exceptional circumstances, no further extension of the response deadline will be granted.