IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 05–cv–02522–EWN–MEH

RAYMOND DEE GOODLOE,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
DENVER POLICE DEPARTMENT,
OFF. MICHAEL AHRENS #00023,
OFF. ADAM BECHTHOLD #01026,
OFF. JORGE HERNANDEZ #00067,
OFF. DEAN ABEYTA #10179, and
SGT. RUSSELL BOTHWELL #94015,

    Defendants.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on two recommendations filed by the assigned United States magistrate judge. The first is a recommendation (#93, filed 10/23/06) to deny Plaintiff's motion (#85) to join parties to an amended complaint. The other is a recommendation (#140, filed 06/05/07) to partly grant and partly deny Defendants' motion for summary judgment (#113). Plaintiff has objected to both recommendations. I have conducted the requisite *de novo* review of the issues, the record, and the recommendations. Based on this review, I have concluded that the recommendations are correct applications of the facts and the law, for the reasons stated by the magistrate judge. Accordingly, it is

**ORDERED** as follows:

1. The recommendations are ACCEPTED.

2. All other pending motions are DENIED as moot.

DATED this 11th day of September, 2007.

                                        BY THE COURT:

                                        s/ Edward W. Nottingham
                                        EDWARD W. NOTTINGHAM
                                        Chief United States District Judge