IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 05–cv–02522–EWN–MEH

RAYMOND DEE GOODLOE,

     Plaintiff,

v.

OFF. MICHAEL AHRENS #00023,
OFF. ADAM BECHTHOLD #01026,
OFF. JORGE HERNANDEZ #00067, and
OFF. DEAN ABEYTA #10179,

     Defendants.

---

## ORDER SETTING FINAL PRETRIAL CONFERENCE

---

It appears that all substantive and/or dispositive matters have been resolved in this case and that the matter can be set for further pretrial and trial proceedings.  Accordingly, it is

**ORDERED** as follows:

1.  The court will hold a Final Pretrial Conference commencing at 3:15 o'clock p.m. on Friday, December 14, 2007, in Courtroom A201 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

2.  In preparing for and participating in the conference, the parties and counsel will (1) follow the Instructions for Preparation and Submission of Final Pretrial Order, a copy of which can be downloaded from the court's web site, specifically

http://www.cod.uscourts.gov/forms/ewn_fin_pre_ord_ins.pdf and (2) utilize the specific template located at http://www.co.uscourts.gov/forms/ewn_fin_pre_ord.wpd.  These specific web addresses should be used to insure that the proper format is observed.

3.   The Department of Corrections shall arrange for Plaintiff Raymond Dean Goodloe to attend the conference by telephone.

Dated this 13th day of November, 2007.

BY THE COURT:


s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge