IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02522-EWN-MEH

RAYMOND DEAN GOODLOE,

Plaintiff,

v.

OFF. MICHAEL AHRENS #00023,
OFF. ADAM BECHTHOLD #01026,
OFF. JORGE HERNANDEZ #00067, AND
OFF. DEAN ABEYTA #10179,

Defendants

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THE COURT, having reviewed the parties Stipulated Motion for Dismissal With Prejudice hereby finds that the parties, Plaintiff, Raymond Dean Goodloe, and the remaining Defendants (Officer Michael Ahrens, Officer Adam Bechthold, Officer Jorge Hernandez, and Officer Dean Abeyta) have resolved all claims and controversies between them and that this matter should be dismissed with prejudice pursuant to Fed. R. Civ. P Rule 41(a)(1)(ii), each party to pay their own costs and attorney fees.

IT IS SO ORDERED that this action be dismissed with prejudice.

Dated this 19th day of May, 2008.

BY THE COURT:

s/ Edward W. Nottingham
Chief United States District Judge